IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN GILLIS,

    Plaintiff,

v.

RICK RAEMISCH, WARDEN GRAMS
and JUDGE RICHARD G. NIESS,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-509-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to comply with Fed. R. Civ. P. 8.

_____       4/27/11
Peter Oppeneer, Clerk of Court      Date